Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 17−30083−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael McGuire
   aka Michael C McGuire
   132 Wilson Ave
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−6628

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/14/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 14, 2017
JAN: bc

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael McGuire  
     Debtor

Case No. 17-30083-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Dec 14, 2017  
                         Form ID: 148     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
```
db             +Michael McGuire,    132 Wilson Ave,    Sewell, NJ 08080-4564
517192077      +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517102829      +Gloucester Country Probation Debt,    60 W Broad Street,    Re: CS90279,
                 Bridgeton, NJ 08302-2515
517102834      +MABT/CONTFIN,    PO Box 11743,    Wilmington, DE 19850-1743
517102837       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517106144      +Pluese Becker & Saltzman,    20000 Horizon Way 900,    Mt. Laurel,NJ 08054-4318
517127889       SLS Mortgage,    PO Box 636005,    Littleton, CA 80163-6005
517102838     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State Of New Jersey,    PO Box 187,
                 Department Of Treasury, Div. Of Taxation,    Trenton, NJ 08695-0187)
517102839      +Stellar Recovery,    PO Box 48370,    Re: Dish Network,    Jacksonville, FL 32247-8370
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2017 22:45:14    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2017 22:45:11    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517102828      +EDI: AMINFOFP.COM Dec 14 2017 22:28:00    First Premier,    3820 N. Lousie Ave,
                 Sioux Falls, SD 57107-0145
517102831       EDI: IRS.COM Dec 14 2017 22:23:00    Internal Revenue Service,    P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
517102833      +EDI: CBSKOHLS.COM Dec 14 2017 22:23:00    Kohls Department Store,    Po Box 3115,
                 Milwaukee, WI 53201-3115
517102835      +EDI: MERRICKBANK.COM Dec 14 2017 22:23:00    Merrick Bank,    PO Box 1500,
                 Draper, UT 84020-1500
517102836      +EDI: MID8.COM Dec 14 2017 22:28:00    Midland Funding,    8875 Aero Dr, Ste 200,
                 San Diego, CA 92123-2255
517187784      +EDI: JEFFERSONCAP.COM Dec 14 2017 22:28:00    Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517102840       EDI: CBS7AVE Dec 14 2017 22:28:00    Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
517105297      +EDI: WFFC.COM Dec 14 2017 22:28:00    Wells fargo Dealer Services,    PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517102830*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    PO Box 724,    Springfield, NJ 07081)
517102832*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517105296     ##+Ocwen Loan Servicing,    PO Box 6440,    Carol Stream, IL 60197-6440
517102841     ##+Trident Asset Management,    5755 N Point Pkwy, Suite 12,    Alpharetta, GA 30022-1136
                                                                                   TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                              Signature: /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 14, 2017
                              Form ID: 148             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    WV 2017-1 Grantor Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    WV 2017-1 Grantor Trust rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Michael  McGuire mylawyer7@aol.com,  ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```